No. 04–273. OZMINT, DIRECTOR, SOUTH CAROLINA DEPART-
MENT OF CORRECTIONS v. NANCE. Sup. Ct. S. C. Motion of
respondent for leave to proceed *in forma pauperis* granted. Cer-
tiorari granted, judgment vacated, and case remanded for further
consideration in light of *Florida v. Nixon, ante,* p. 175.

No. 04–6805. TASBY, AKA AMEN-RA v. DRETKE, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL IN-
STITUTIONS DIVISION, ET AL. C. A. 5th Cir. Motion of petitioner
for leave to proceed *in forma pauperis* denied, and certiorari
dismissed. See this Court's Rule 39.8.

No. 04–6810. WELLS v. SCACE ET AL. C. A. 9th Cir. Motion
of petitioner for leave to proceed *in forma pauperis* denied, and
certiorari dismissed. See this Court's Rule 39.8.

No. 04–6875. REED v. ARIZONA. C. A. 9th Cir. Motion of
petitioner for leave to proceed *in forma pauperis* denied, and
certiorari dismissed. See this Court's Rule 39.8.

No. 04–6935. JOHNSON v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION. C. A. 5th Cir. Motion of petitioner for leave to proceed
*in forma pauperis* denied, and certiorari dismissed. See this
Court's Rule 39.8.

No. 04–6987. PEARSON v. SAAR, SECRETARY, MARYLAND DE-
PARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES,
ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed
*in forma pauperis* denied, and certiorari dismissed. See this
Court's Rule 39.8.